Dismissed and Memorandum Opinion filed November 13, 2003









Dismissed and Memorandum Opinion filed November 13,
2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00731-CV

____________

 

ALI YAZDCHI, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 61st
District Court

Harris County, Texas

Trial Court Cause No. 99-57020

 



 

M E M O R A N D U M  
O P I N I O N

This is an appeal from an order signed June 20, 2003.

On November 7, 2003, appellant filed a motion to dismiss the
appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed November 13, 2003.

Panel consists of Justices Yates, Hudson,
and Fowler.